## Arthur Wolf, Appellant, v. Elodia T. Dick, Appellee.

### Gen. No. 23,243.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN STELK, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed March 12, 1918.

### Statement of the Case.

Action in replevin by Arthur Wolf, plaintiff, against Elodia T. Dick, defendant, to recover possession of a diamond ring. From a judgment finding that defendant had a lien thereon for the payment of certain moneys claimed to be due her from plaintiff, to secure the payment of which the ring was pledged with defendant, plaintiff appeals.

S. B. KROHN, for appellant.

CLYDE C. FISHER, for appellee.

MR. JUSTICE MCDONALD delivered the opinion of the court.

### Abstract of the Decision.

REPLEVIN, § 123*—*when judgment for defendant not disturbed.* In an action of replevin to recover the possession of personal property, where the evidence, though conflicting, is sufficient to support a finding that plaintiff was indebted to defendant and that the property was delivered by plaintiff to defendant to secure the payment of the indebtedness, a judgment for defendant will not be disturbed.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.